ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
HER HUSTLE LIMITED et al.,

                Plaintiffs,
                                        24 Civ. 3823 (LLS)

        - against -
                                        ORDER

FOLLOW YOUR DREAM FOUNDATION, INC. et al.,

                Defendants.
------------------------------X
```

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 9, 2024

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.